UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TARA PUCCINO, ET AL,**<br><br>     *Plaintiffs*,<br><br>    v.<br><br>**SNET INFORMATION SERVICES, INC.,**<br><br>     *Defendant*. | :<br>:<br>:<br>:    Civil Action No.:  3:09-CV-01551 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:    November 6, 2009<br>: |

### APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Dated at New Haven, Connecticut on this 6th day of November, 2009.

                              Respectfully submitted,

                              DEFENDANT
                              SOUTHERN NEW ENGLAND TELEPHONE
                              INFORMATION SERVICES, INC.

                               /s/ Stephen P. Rosenberg
                              Lori B. Alexander (ct08970)
                              Stephen P. Rosenberg (ct26601)
                              LITTLER MENDELSON, P.C.
                              One Century Tower
                              265 Church Street, Suite 300
                              New Haven, CT  06510
                              Telephone: 203.974.8700
                              Facsimile: 203.974.8799
                              lalexander@littler.com
                              sprosenberg@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

      /s/ Stephen P. Rosenberg
Stephen P. Rosenberg (ct26601)

Firmwide:92333802.1 054183.1004