# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARA PUCCINO, ET AL, | : | |
| | : | |
| *Plaintiffs,* | : | |
| | : | Civil Action No.:  3:09-CV-660 (CSH) |
| v. | : | |
| | : | |
| AT&T CORPORATION, | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

## AFFIDAVIT OF MIKE EDMONDSON

I, Mike Edmondson, being duly sworn, do hereby depose and say:

1.      I am over eighteen (18) years of age and believe in the obligation of an oath.

2.      I have personal knowledge of the facts contained herein; and they are true and accurate to the best of my knowledge and belief.

3.      I am employed as Director of Labor Relations for Southwestern Bell Yellow Pages, Inc. d/b/a AT&T Advertising Solutions ("AT&T Yellow Pages").  In this role, I oversee labor relations, including collective bargaining, and am involved in the grievance and arbitration of disputes under collective bargaining agreements between AT&T Yellow Pages' companies and the union representatives of the employees of those companies.  I have been responsible for labor relations for Southern New England Telephone Information Services, Inc. from June 2000 to April 2004 and from May 2007 to April 2009.

4.      SNET Information Services publishes print and online yellow pages directories in Connecticut and on yellowpages.com.

5.      The plaintiffs in this case, Tara Puccino, Tammy Sherwood, Michael Hawes, Carol Deaso, William Holodak, Laura Rosler, Katherine Winner, Christine Mieszkowski, John

Thomas Richeson, Stephen Signor, and Tracy Sutcliffe (together, the "plaintiffs"), have all been employed as sales representatives by SNET Information Services since at least 2006.

6.     Attached as Exhibit B to SNET Information Services' Memorandum of Law in Support of Motion to Substitute Party Defendant are true and accurate copies of the plaintiffs' most recent pay stubs. Although certain personal and confidential information has been redacted from the pay stubs, the pay stubs show that the plaintiffs are employed by SNET Information Services, and not AT&T Corporation as alleged in their Complaint.

7.     The plaintiffs are all bargaining unit employees and members of Local 1298 of the Communications Workers of America (the "Union"). The terms and conditions of their employment are governed by a collective bargaining agreement executed by the Union and SNET Information Services (hereinafter, the "collective bargaining agreement" or "labor agreement"). A true and accurate copy of the collective bargaining agreement is attached as Exhibit B to SNET Information Services' Appendix of Exhibits in Support of Motion to Dismiss or, in the alternative, for Summary Judgment ("Defendant's Appendix") being filed on this same date.

8.     From time to time, SNET Information Services and the Union negotiate supplemental agreements and memoranda of understanding. In early 2007, the Union and SNET Information Services executed a memorandum of understanding known as the "Hunter Agreement." A true and accurate copy of the Hunter Agreement is attached as Exhibit C to Defendant's Appendix.

9.     In late 2007, each of the 11 plaintiffs filed a grievance through the Union pursuant to Article 13 of the collective bargaining agreement. True and accurate copies of the plaintiffs' grievances are attached as Exhibit D to Defendant's Appendix.

10.    By letter dated January 23, 2009, the Union notified the Company that it planned to proceed to arbitration on each of the plaintiffs' grievances. A true and accurate copy of the January 23, 2009 letter from the Union is attached as Exhibit E to Defendant's Appendix.

11.    On February 25, 2009, the Union filed a Demand for Arbitration under the Labor Arbitration Rules of the American Arbitration Association. A true and accurate copy of the Demand for Arbitration is attached as Exhibit F to Defendant's Appendix.

12.    That arbitration is pending and is scheduled for a hearing on October 27, 2009. A true and accurate copy of the American Arbitration Association Notice of Hearing dated April 17, 2009 is attached as Exhibit G to Defendant's Appendix.


_____
Mike Edmondson

STATE OF *Missouri*        )
*City*                     ) ss:   _8/17_, 2009
~~COUNTY~~ OF *St Louis*   )

    Personally appeared, Mike Edmondson, who subscribed and swore to the foregoing before me on this __17th__ day of ___August___, 2009.


_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: _1/13/2012_

3.